**No. 10-8548. Neliza Figueroa-Cartagena, Petitioner v. United States.**

563 U.S. 1022, 131 S. Ct. 2930, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4025.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 612 F.3d 69.